USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED,

Plaintiff,

-v-

MSC MEDITERRANEAN SHIPPING COMPANY S.A., et al.

Defendants.

25-cv-7003 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff ICICI Lombard General Insurance Company ("ICICI") has notified the Court that it has reached a settlement with Defendant Total Transport Systems Limited ("Total Transport"). Dkt. No. 30. Pursuant to that settlement, ICICI requests that the certificate of default against Total Transport, Dkt. No. 26, be vacated and that Total Transport be dismissed from the case with prejudice. *Id.* The Court grants this relief. The certificate of default against Total Transport is vacated, and Total Transport is dismissed with prejudice from this case pursuant to Federal Rules of Civil Procedure 15 and 21 and the Court's inherent authority. The Clerk of Court is respectfully directed to vacate the certificate of default and terminate Total Transport as a party.

SO ORDERED.

Dated: November 23, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge